IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHAKIYLA CARTER, Individually and as Personal Representative/Administrator of The Estate of Richard Carter, Deceased, Plaintiff | : : : : : | NO.: 1:23-cv-01867-CCC-DFB<br><br>CIVIL ACTION – LAW<br><br>Honorable Christopher C. Conner |
| v. | : : | Mag. Judge Daryl F. Bloom |
| DAUPHIN COUNTY d/b/a DAUPHIN COUNTY PRISON, et al., Defendants | : : : | *Electronically Filed*<br><br>JURY TRIAL DEMANDED |

## SUGGESTION OF DEATH

TO THE COURT AND ALL PARTIES:

Please take notice Defendant Robert Nichols, Psy.D., a party to this action, died on January 8, 2024.

Respectfully submitted,

MARSHALL DENNEHEY, P.C.

By: _/s/ John R. Ninosky_
JOHN R. NINOSKY, ESQUIRE
PA Attorney ID No. 78000
200 Corporate Center Drive, Suite 300
Camp Hill, PA  17011
Telephone (717) 651-3709
Fax (717) 651-3707
jrninosky@mdwcg.com
*Attorney for PrimeCare Defendants*

Date:   January 18, 2024

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 18th day of January, 2024, the foregoing *Suggestion of Death* was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to counsel of record, which service satisfies the requirements of the Federal Rules of Civil Procedure.

David A. Berlin, Esquire
Matthew B. Weisberg, Esquire
Weisberg Law
7 South Morton Avenue
Morton, PA  19070
mweisberg@weisberglawoffices.com
dberlin@weisberglawoffices.com
*Attorney for Plaintiff*

Gary Schafkopf, Esquire
Schafkopf Law, LLC
11 Bala Avenue
Bala Cynwyd, PA  19004
gschafkopf@gmail.com
gary@schaflaw.com
*Attorney for Plaintiff*

Frank J. Lavery, Jr., Esquire
Lavery Law
225 Market Street
P.O. Box 1245
Harrisburg, PA  17108-1245
flavery@laverylaw.com
*Attorneys for Dauphin County Defendants*

MARSHALL DENNEHEY, P.C.

By: /s/ John R. Ninosky
John R. Ninosky