UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SHAKILYA CARTER, Individually and as Personal Representative/Administrator of the ESTATE OF RICHARD CARTER** | Civil Action No. 1:23-CV-01867-KM |
| Plaintiff, | **JURY TRIAL OF TWELVE (12) JURORS DEMANDED** |
| v. | |
| **DAUPHIN COUNTY, et al.,** | |
| Defendants. | |

## ORDER

AND NOW, this 26th day of March, 2024, upon consideration of Plaintiff's Unopposed Motion for Leave to File a Second Amended Complaint, or in the alternative, Motion for Extension to Respond to Defendants' Motions to Dismiss, and any responses thereto, it is hereby **ORDERED** and **DECREED** that Plaintiff's Motion is **GRANTED**, and Plaintiff may file her Proposed Second Amended Complaint (attached as Exhibit A), within fourteen (14) days.

In the alternative, Plaintiff is granted a fourteen (14) day extension to respond to Defendants' Motions to Dismiss.

_____
Hon. Karoline Mehalchick