IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SHAKIYLA CARTER, Individually and as the Personal Representative/ Administrator of the Estate of Richard Carter,** | : : : : : | **Civil Action No.** **23-cv-1867-KM** |
| **Plaintiff,** | : : | |
| v. | : : | |
| **DAUPHIN COUNTY, et al.,** | : : | |
| **Defendants.** | : | |

## SUBSTITUTION OF COUNSEL

TO THE CLERK:

Please withdraw the appearance of Weisberg Law on behalf of plaintiffs and enter the appearance of Williams Cedar on behalf of plaintiffs.

Respectfully submitted,

| WILLIAMS CEDAR | WEISBERG LAW |
|---|---|
| */s/ Christopher Markos* | */s/ David A. Berlin* |
| By: Christopher Markos, Esquire | By: David A. Berlin, Esquire |
| PA ID No. 308997 | Matthew B. Weisberg, Esquire |
| Gerald J. Williams, Esquire | 7 South Morton Ave |
| PA ID No. 36418 | Morton, PA 19070 |
| 1 South Broad Street, Suite 1510 | 610-690-0801 |
| Philadelphia, PA 19107 | F: 610-690-0880 |
| P:  215.557.0099 | dberlin@weisberglawoffices.com |
| F: 215.557.0673 | |
| cmarkos@williamscedar.com | |

*Attorney for Plaintiffs*

Dated: April 8, 2024

## **CERTIFICATE OF SERVICE**

I, Christopher Markos, Esquire, hereby certify that on April 8, 2024, I served a copy of the foregoing document, via the Court's Electronic Case Filing system, and that it is available for viewing and downloading therefrom by Counsel for defendants.

/s/ Christopher Markos
Christopher Markos
Attorney for Plaintiffs