IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHAKIYLA CARTER, | : | CIVIL ACTION |
| Plaintiff, | : | 23-cv-1867-KM-DFB |
| vs. | : | |
| DAUPHIN COUNTY, et al., | : | |
| Defendants. | : | |

## ORDER

AND NOW, this 12th day of November, 2024, upon consideration of Plaintiffs' Unopposed Motion to Extend Deadlines, and Defendants concurrence therewith, it is hereby ORDERED that Plaintiffs' motion is GRANTED. All deadlines set forth in the Court's August 16, 2024 Order (ECF No. 57) are modified as follows:

Amended Pleadings due by 12/2/2024.*

Discovery due by 3/17/2025.

Plaintiff Expert Report is due by 4/17/2025.

Defendant Expert Report is due by 5/19/2025.

Supplemental Expert Reports due by 6/9/2025.

Dispositive Motions and Supporting Briefs due by 8/6/2025.

Jury selection and Trial:   11/3/2025 at 9:30 AM
                                                  Sylvia H. Rambo United States Courthouse
                                                  1501 North 6th Street
                                                  Harrisburg, PA 17102*

\* indicates no change from the Court's August 16, 2024 Order (ECF No. 57)

By the Court:

*Karoline Mehalchick*, J.