UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHAKIYLA CARTER,<br><br>          Plaintiff<br><br>  v.<br><br>DAUPHIN COUNTY, et al.,<br><br>          Defendants | CIVIL ACTION NO. 1:23-CV-1867<br><br>(MEHALCHICK, J.) |

### ORDER

**AND NOW,** this 21st day of February, 2025, **IT IS ORDERED** that:

1. A telephonic conference call shall be conducted by the Court on **Wednesday, February 26, 2025 at 10:30 AM.**

2. Counsel for the Defendant shall initiate the call and have all parties on the line prior to contacting Judge Mehalchick's chambers at **(570) 207-5740.**

3. Each party may submit a letter in support of their respective positions on the discovery dispute no later than 5:00 p.m. on Monday, February 24, 2025, via the Court's Electronic Case Management Filing System (CM/ECF).

                                                                               **BY THE COURT:**

                                                             *s/ Karoline Mehalchick*
                                                             **KAROLINE MEHALCHICK**
                                                             **United States District Judge**