UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHAKIYLA CARTER,<br><br>           Plaintiff<br><br>   v.<br><br>DAUPHIN COUNTY, et al.,<br><br>           Defendants | CIVIL ACTION NO. 1:23-CV-1867<br><br>(MEHALCHICK, J.) |

### ORDER

**AND NOW,** this 24th day of February, 2025, **IT IS ORDERED** that:

1. The telephonic conference call scheduled for Wednesday, February 26, 2025 shall be continued to **Tuesday, March 04, 2025 at 9:30 AM.**

2. Counsel for the Defendant shall initiate the call and have all parties on the line prior to contacting Judge Mehalchick's chambers at **(570) 207-5740.**

3. Each party may submit a letter in support of their respective positions on the discovery dispute no later than 5:00 p.m. on Friday, February 28, 2025, via the Court's Electronic Case Management Filing System (CM/ECF).

                                      BY THE COURT:

                                      *s/ Karoline Mehalchick*
                                      **KAROLINE MEHALCHICK**
                                      **United States District Judge**