

Samuel Abloeser‡
Alan H. Sklarsky†
Of Counsel

Christine Abatemarco‡
David M. Cedar‡†*
Beth G. Cole‡
Ari Goldberger‡†
Dylan T. Hastings‡†
Kevin Haverty‡†*ª
Christopher Markos‡†
Gerald J. Williams‡†ª

‡Member, Pennsylvania Bar
†Member, New Jersey Bar
ªMember, New York Bar

March 13, 2025

Hon. Karoline Mehalchick, U.S.D.J.
William J. Nealon Federal Bldg. & U.S. Courthouse
235 N. Washington Avenue
Scranton, PA 18503
<u>Via ECF</u>

Re: Carter v. Dauphin County, et al (23-1867)

Your Honor,

      I represent Plaintiff in the above-captioned matter. I am writing to follow up on the request made orally and jointly during the March 4 discovery conference, wherein counsel for all parties requested an extension of the deadlines for fact discovery, expert discovery, and dispositive motions by 60 days. The current discovery end date is March 17. The Order entered today did not address the extension requestion. If a formal motion must be filed, please advise and I will file on promptly. The current and proposed new dates are set forth below.

      Fact Discovery
           Current: March 17, 2025
           New: May 19, 2025

      Plaintiff Expert Report
           Current: April 17, 2025
           New: June 16, 2025

      Defendant Expert Report
           Current: May 19, 2025
           New: July 18, 2025



*Certified by the Supreme Court of
New Jersey as a Civil Trial Attorney

○ One South Broad Street, Suite 1510
Philadelphia, PA 19107
215.557.0099

www.williamscedar.com 

○ 8 Kings Highway West, Suite B
Haddonfield, NJ 08033
856.470.9777

Supplemental Reports
 Current: June 9, 2025
 New: August 8, 2025


Dispositive Motions
 Current: August 6, 2025
 New: October 6, 2025


Very respectfully,

*/s/ CHRISTOPHER MARKOS*
Christopher Markos
*Attorney for Plaintiff*


CC: All counsel (via ECF)