#### UNITED STATES DISTRICT COURT
#### MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHAKIYLA CARTER, | |
| Plaintiff | CIVIL ACTION NO. 1:23-CV-1867 |
| v. | (MEHALCHICK, J.) |
| DAUPHIN COUNTY, et al., | |
| Defendants | |

### ORDER

**AND NOW,** this 18th day of March, 2025, **IT IS HEREBY ORDERED** that jury selection and trial scheduled for Monday, November 3, 2025 is **CONTINUED**. Trial will be rescheduled at the resolution of any dispositive motions.

BY THE COURT:

*s/ Karoline Mehalchick*
**KAROLINE MEHALCHICK**
**United States District Judge**