# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Shakiyla Carter Individually and as as Personal Representative/ Administrator of the Estate of Richard Carter, deceased, | : : : : | CIVIL ACTION |
| Plaintiff | : : | NO. 1:23-cv-01867-KM-DFB |
| v. | : : | JURY TRIAL DEMANDED |
| Dauphin County d/b/a Dauphin County Prison, et.al., Defendants | : : : | |

## DEFENDANTS, DAUPHIN COUNTY AND TSAURAYI DEREDZA'S MOTION FOR EXTENSION OF TIME TO ALL CASE MANAGEMENT ORDER DEADLINES

Defendants, Dauphin County d/b/a Dauphin County Prison and Tsaurayi Deredza, respectfully request this Honorable Court for a forty-five (45) day extension of all case management deadlines outlined in the current Case Management Order (DOC 78) dated May 21, 2025. In support of their Motion, Moving Defendants state as follows:

1. On May 21, 2025, this Honorable Court issued a revised Case Management Order (DOC 78) setting a discovery deadline of July 18, 2025, along with other deadlines.

2. Since May 2025, the Parties have actively engaged in exchanging and completing written discovery as well as scheduling and taking fourteen (14) depositions to date.

3. Currently, Moving Defendants need to schedule a couple more depositions to complete discovery.

4. As stated previously, the parties are currently working under the Case Management Order (DOC 78) dated May 21, 2025, with the following deadlines:

    a. Fact Discovery: July 18, 2025

    b. Plaintiff's Expert Reports: August 15, 2025

    c. Defendants' Expert Reports: September 16, 2025

    d. Supplemental Expert Reports: October 7, 2025

    e. Dispositive Motions and Supporting Briefs: December 5, 2025

5. All parties concur with this motion.

6. Accordingly, Moving Defendants request a forty-five (45) day extension of all current Case Management Deadlines as follows:

    a. Fact Discovery: September 1, 2025

    b. Plaintiff's Expert Reports: September 29, 2025

    c. Defendants' Expert Reports: October 31, 2025

    d. Supplemental Expert Reports: November 7, 2025

    e. Dispositive Motions and

Supporting Briefs:            January 19, 2026

WHEREFORE, Defendants, Dauphin County d/b/a Dauphin County Prison and Tsaurayi Deredza, respectfully request that the Court grant their Motion for Extension of Time to All Case Management Order Deadlines by forty-five (45) days.

                            Respectfully submitted,

                            Lavery Law

                            By:  *S/ Frank J. Lavery, Jr.*
                            Frank J. Lavery, Jr., Esquire
                            Attorney No. 42370
                            225 Market Street, Suite 304
DATE: July 10, 2025         Harrisburg, PA 17101
                            (717) 233-6633 (Telephone)
                            (717) 233-7003 (Facsimile)
                            Email: flavery@laverylaw.com
                            *Attorney for Defendants, Dauphin County d/b/a Dauphin County Prison and Tsaurayi Deredza*

## **CERTIFICATE OF SERVICE**

I, Cathleen A. Sheaffer, an employee with the law firm of Lavery Law, do hereby certify that on this 10th day of July, 2025, I served a true and correct copy of Defendants, Dauphin County d/b/a Dauphin County Prison and Tsaurayi Deredza's Motion for Extension of Time to All Case Management Order Deadlines via ECF to counsel of record:

Christopher Markos, Esquire
Gerald J. Williams, Esquire
Williams Cedar, LLC
One South Broad Street, Suite 1510
Philadelphia, PA  19107
Email: cmarkos@williamscedar.com
Email: gwilliams@wcblegal.com
*Attorney for Plaintiff*

John R. Ninosky, Esquire
Marshall Dennehey, P.C.
200 Corporate Center Drive, Suite 300
Harrisburg, PA  17011
Email:  jrninosky@mdwcg.com
*Attorney for Defendants, PrimeCare Medical, Inc. and Elizabeth Nichols, Executrix of the Estate of Robert Nichols*

                                           *s/ Cathleen A. Sheaffer*
                                           Cathleen A. Sheaffer, RP, Pa.C.P.
                                           Senior Paralegal