# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Shakiyla Carter Individually and as as Personal Representative/ Administrator of the Estate of Richard Carter, deceased,     Plaintiff | :    CIVIL ACTION : : : :    NO. 1:23-cv-01867-KM-DFB |
| v. | : :    JURY TRIAL DEMANDED : |
| Dauphin County d/b/a Dauphin County Prison, et.al.,     Defendants | : : : |

**<u>Defendants, Dauphin County d/b/a Dauphin County Prison, and Tsaurayi Deredza's Motion for Leave to Depose a Prisoner Pursuant to Federal Rule of Civil Procedure 30(a)(2)(B)</u>**

Defendants, Dauphin County d/b/a Dauphin County Prison, and Tsaurayi Deredza, by and through their attorneys, Lavery Law, hereby file this Motion for Leave to Depose a Prisoner pursuant to Rule 30(a)(2) of the Federal Rules of Civil Procedure and state the following in support:

1. Rule 30(a)(2)(B) of the Federal Rules of Civil Procedure requires that a party obtains leave of court before taking the deposition of a person confined in prison.

2. Gregory Woods is presently incarcerated at Dauphin County Prison located at 501 Mall Road, Harrisburg, PA 17111.

3.	Gregory Woods is a fact witness who was incarcerated and housed in M-Block at the Dauphin County Prison during the same time that Plaintiff Decedent Richard Carter was incarcerated and housed in M-Block from December 20, 2022, until Richard Carter's death on December 24, 2022.

4.	Allowing the deposition of Gregory Woods, will provide Defendants, Dauphin County d/b/a Dauphin County Prison, and Tsaurayi Deredza, with the opportunity to gain additional information from Gregory Woods pertaining to the allegations set forth in Plaintiff's Third Amended Complaint, and to assess his credibility and trustworthiness in the event this matter proceeds to trial.

For the reasons stated above, Defendants, Dauphin County d/b/a Dauphin County Prison, and Tsaurayi Deredza, respectfully request this Honorable Court grant their Motion for Leave to Depose a Prisoner, pursuant to Rule 30(a)(2)(B) of the Federal Rules of Civil Procedure and enter the accompanying Court Order.

Respectfully submitted,

**Lavery Law**

DATE:  August 15, 2025

By: */s/ Andrew W. Norfleet*
	Andrew W. Norfleet, Esquire
	225 Market Street, Suite 304
	Harrisburg, PA 17101
	(717) 233-6633 (telephone)
	(717) 233-7003 (facsimile)
	Atty No. PA 83894
	Email: anorfleet@laverylaw.com
	*Attorney for Defendants, Dauphin*

*County d/b/a Dauphin County Prison, and Tsaurayi Deredza*

3

## **CERTIFICATE OF SERVICE**

I, Cathleen A. Sheaffer, an employee with the law firm of Lavery Law, certify that on this 15th day of August, 2025, I served a correct copy of the foregoing Motion via ECF to counsel of record:

Christopher Markos, Esquire
Gerald J. Williams, Esquire
Williams Cedar, LLC
One South Broad Street, Suite 1510
Philadelphia, PA  19107
Email: cmarkos@williamscedar.com
Email: gwilliams@wcblegal.com
*Attorney for Plaintiff*

John R. Ninosky, Esquire
Marshall Dennehey, P.C.
200 Corporate Center Drive, Suite 300
Harrisburg, PA  17011
Email:  jrninosky@mdwcg.com
*Attorney for Defendants, PrimeCare Medical, Inc. and Elizabeth Nichols, Executrix of the Estate of Robert Nichols*

                                            */s/ Cathleen A. Sheaffer*
                                            Cathleen A. Sheaffer, RP, Pa.C.P.
                                            Senior Paralegal