IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Shakiyla Carter Individually and as as Personal Representative/ Administrator of the Estate of Richard Carter, deceased,<br>　　　Plaintiff<br><br>v.<br><br>Dauphin County d/b/a Dauphin County Prison, et.al.,<br>　　　Defendants | : CIVIL ACTION<br>:<br>:<br>:<br>: NO. 1:23-cv-01867-KM-DFB<br>:<br>:<br>: JURY TRIAL DEMANDED<br>:<br>: |

## Proposed Order

**AND NOW**, this 18th day of August, 2025, upon consideration of Defendants, Dauphin County d/b/a Dauphin County Prison, and Tsaurayi Deredza's Motion for Leave to Depose Prisoner Gregory Woods pursuant to Rule 30(a)(2) of the Federal Rules of Civil Procedure, it is HEREBY ORDERED AND DECREED that the Motion is GRANTED. Defendants, Dauphin County d/b/a Dauphin County Prison, and Tsaurayi Deredza, may take Gregory Wood's deposition at a time and place subject to the approval of the Warden or other appropriate official at his present place of incarceration.

BY THE COURT:

*Karoline Mehalchick*

_____ J.