# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Shakiyla Carter Individually and as as Personal Representative/ Administrator of the Estate of Richard Carter, deceased,<br>　　Plaintiff<br><br>　　v.<br><br>Dauphin County d/b/a Dauphin County Prison, et.al.,<br>　　Defendants | : CIVIL ACTION<br>:<br>:<br>:<br>: NO. 1:23-cv-01867-KM-DFB<br>:<br>:<br>: JURY TRIAL DEMANDED<br>:<br>:<br>: |

## DEFENDANTS, DAUPHIN COUNTY AND TSAURAYI DEREDZA'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO COMPLETE DEPOSITIONS

　　Defendants, Dauphin County d/b/a Dauphin County Prison and Tsaurayi Deredza, respectfully request this Honorable Court to extend the deadline to allow the partiers to complete depositions through September 17, 2025. In support of their Unopposed Motion, Moving Defendants state as follows:

　　1.　Fact discovery is set to close on August 29, 2025.

　　2.　Since May 2025, the Parties have actively engaged in exchanging and completing written discovery as well as scheduling and taking fourteen (14) depositions to date.

　　3.　The parties have two depositions to complete.

4. The deposition of Gregory Woods was scheduled for August 22, 2025.

5. The parties appeared for Mr. Woods deposition at the Dauphin County Prison.

6. Although Mr. Woods is not a party to this action, he refused to participate in his deposition without his attorney being present.

7. Undersigned counsel has contacted Mr. Woods's attorney, Jonathan Crisp, Esquire.

8. Undersigned counsel will work with Attorney Crisp to reach an agreement to reschedule Mr. Woods's deposition before September 17, 2025.

9. The deposition of Shakiyla Carter is scheduled for September 1, 2025. (DOC. 82).

10. Due to a scheduling conflict caused by a medial emergency in undersigned counsel's office, the parties wish to reschedule Ms. Carter's deposition for September 17, 2025.

11. Accordingly, Moving Defendants request to extend the following deadlines a forty-five (45) day extension of all current Case Management Deadlines as follows:

    a. Fact Discovery:        September 1, 2025 (Remains the same).

    b. Plaintiff's Expert Reports:    October 13, 2025

    c. Defendants' Expert Reports:    November 14, 2025

    d. Supplemental Expert Reports:    November 27, 2025

    e. Dispositive Motions and
       Supporting Briefs:    January 19, 2026 (Remains the same)

WHEREFORE, Defendants, Dauphin County d/b/a Dauphin County Prison and Tsaurayi Deredza, respectfully request that the Court grant their Motion For Extension of Time to Complete Depositions.

Respectfully submitted,

Lavery Law

By: _S/ Andrew W. Norfleet_
Andrew W. Norfleet, Esquire
Attorney No. 83894
225 Market Street, Suite 304
Harrisburg, PA 17101
(717) 233-6633 (Telephone)
(717) 233-7003 (Facsimile)
Email: flavery@laverylaw.com
*Attorney for Defendants, Dauphin County d/b/a Dauphin County Prison and Tsaurayi Deredza*

DATE: August 25, 2025

## CERTIFICATE OF SERVICE

I, Aimee L. Paukovits, an employee with the law firm of Lavery Law, do hereby certify that on this 25th day of August, 2025, I served a true and correct copy of Defendants, Dauphin County d/b/a Dauphin County Prison and Tsaurayi Deredza's Unopposed Motion for Extension of Time to Complete Depositions via ECF to counsel of record:

Christopher Markos, Esquire
Gerald J. Williams, Esquire
Williams Cedar, LLC
One South Broad Street, Suite 1510
Philadelphia, PA  19107
Email: cmarkos@williamscedar.com
Email: gwilliams@wcblegal.com
*Attorney for Plaintiff*

John R. Ninosky, Esquire
Marshall Dennehey, P.C.
200 Corporate Center Drive, Suite 300
Harrisburg, PA  17011
Email:  jrninosky@mdwcg.com
*Attorney for Defendants, PrimeCare Medical, Inc. and Elizabeth Nichols, Executrix of the Estate of Robert Nichols*

                                                     *s/Aimee L. Paukovits*
                                                     Senior Legal Assistant