# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Shakiyla Carter Individually and as As Personal Representative/ Administrator of the Estate of Richard Carter, Deceased | : : : : | CIVIL ACTION |
| Plaintiff, | : : | NO. 1:23-cv-01867-CCC |
| v. | : : | JURY TRIAL DEMANDED |
| Dauphin County d/b/a Dauphin County Prison, et.al., Defendants | : : : | |

## ORDER

**AND NOW**, this <u>2nd</u> day of September 2025, upon consideration of Defendants, Dauphin County d/b/a Dauphin County Prison and Tsaurayi Deredza's Unopposed Motion for Extension of Time to Complete Depositions, said Motion is hereby GRANTED and the following amended pre-trial schedule shall apply to this action:

    a. Fact Discovery:  September 1, 2025

    b. Plaintiff's Expert Reports:  October 13, 2025

    c. Defendants' Expert Reports:  November 14, 2025

    d. Supplemental Expert Reports:  November 27, 2025

    e. Dispositive Motions and Supporting Briefs:  January 19, 2026

BY THE COURT:

s/Karoline Mehalchick

_____
                                                                J.