

October 13, 2025

Samuel Abloeser‡
David M. Cedar‡†*
Beth G. Cole‡
Shauna Friedman‡†ª
Ari Goldberger‡†
Kevin Haverty‡†*
Christopher Markos‡†
Alan H. Sklarsky†
Gerald J. Williams‡†ª

‡Member, Pennsylvania Bar
†Member, New Jersey Bar
ªMember, New York Bar

Hon. Karoline Mehalchick, U.S.D.J.
William J. Nealon Federal Bldg. & U.S. Courthouse
235 N. Washington Avenue
Scranton, PA 18503
Via ECF

Re: *Carter v. Dauphin County, et al.* (23-1867)

Your Honor,

    I represent Plaintiff in the above-captioned matter. I have conferred with opposing counsel, who concur in the following request.

    With the approaching discovery end date of October 16, counsel respectfully request a status conference, the purpose of which would be to present our shared position on the most efficient way to move the case forward from it's current posture.

                      Very respectfully,

                        */s/ CHRISTOPHER MARKOS*
                        Christopher Markos
                        *Attorney for Plaintiff*

cc: All counsel (via ECF)



*Certified by the Supreme Court of
New Jersey as a Civil Trial Attorney

○ One South Broad Street, Suite 1510
Philadelphia, PA 19107
215.557.0099

www.williamscedar.com

○ 8 Kings Highway West, Suite B
Haddonfield, NJ 08033
856.470.9777

