## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHAKIYLA CARTER, | |
| Plaintiff | CIVIL ACTION NO. 1:23-CV-1867 |
| v. | (MEHALCHICK, J.) |
| DAUPHIN COUNTY, et al., | |
| Defendants | |

### ORDER

**AND NOW,** this 14th day of October, 2025, **IT IS HEREBY ORDERED** that a telephonic status conference will be held on **Tuesday, October 21, 2025 at 10:00 AM.** Counsel for the Plaintiff shall initiate the conference call. All parties shall be on the line prior to contacting Judge Mehalchick's chambers at **(570) 207-5740.**

BY THE COURT:

*s/ Karoline Mehalchick*
**KAROLINE MEHALCHICK**
**United States District Judge**