IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Shakiyla Carter, Administrator of the Estate of Richard Carter, Deceased, Plaintiff | : : : : | CIVIL ACTION |
| v. | : : | NO. 1:23-cv-1867 |
| Dauphin County d/b/a Dauphin County Prison, et al. Defendants | : : : | JURY TRIAL DEMANDED |

## WITHDRAWAL OF APPEARANCE

Please withdraw the appearance of Frank J. Lavery, Jr., Esquire, on behalf of Defendants, Dauphin County d/b/a Dauphin County Prison and Tsaurayi Deredza relative to the above referenced matter.

Respectfully submitted,

Lavery Law

Dated: 11/5/25

/s/Andrew W. Norfleet
Andrew W. Norfleet, Esquire
Attorney No. PA 83894
225 Market Street, Suite 304
Harrisburg, PA 17101-2126
(717) 233-6633 (Telephone)
(717) 233-7003 (Facsimile)
anorfleet@laverylaw.com
*Attorney for Dauphin County, d/b/a Dauphin County Prison and Tsaurayi Deredza*

## CERTIFICATE OF SERVICE

I, Kelly M. Mazer, do hereby certify that on this 5th day of November, 2025, I served a true and correct copy of the foregoing Withdrawal of Appearance via the Court's ECF System on all counsel of record.

/s/ Kelly M. Mazer
Kelly M. Mazer, Pa. C.P.
Paralegal to Andrew W. Norfleet