WILLIAMS CEDAR LLC
TRIAL LAWYERS

Samuel Abloeser‡
David M. Cedar‡†*
Beth G. Cole‡
Shauna Friedman‡†∂
Ari Goldberger‡†
Kevin Haverty‡†*
Christopher Markos‡†
Alan H. Sklarsky†
Gerald J. Williams‡†∂

‡Member, Pennsylvania Bar
†Member, New Jersey Bar
∂Member, New York Bar

March 31, 2026

**VIA ECF**
Hon. Karoline Mehalchik, U.S.M.J
William J. Nealon Federal Bldg. & U.S. Courthouse
235 N. Washington Avenue
Scranton, PA 18503

Re: Estate of Carter v. Dauphin County, et al. (23-cv-1867)

Your Honor:

I represent Plaintiff in the above-captioned matter.

A settlement conference was held on February 27, 2026, with Chief Magistrate Bloom, which all parties attended. At the conclusion of the conference, a settlement was reached. The terms of the settlement were straightforward, with no unique or unusual conditions. A motion to approve the settlement is currently pending.

Now, over a month later, Plaintiff has not yet received a release from defendant Dauphin County. Nor has Plaintiff received any indication of when one may be expected.

Given this delay, and the lack of any explanation, I am requesting a conference for all parties to establish a schedule to finalize the settlement agreements and properly close this matter. It is Plaintiff's position that a Rule 41 order should not be entered before the agreement of the parties that was reached on February 27 is formalized.

Very respectfully,

*/s/ CHRISTOPHER MARKOS*
Christopher Markos, Esq.

cc: All Counsel (via ECF)

NEW JERSEY SUPREME COURT CERTIFIED ATTORNEY

*Certified by the Supreme Court of New Jersey as a Civil Trial Attorney

One South Broad Street, Suite 1510
Philadelphia, PA 19107
215.557.0099

www.williamscedar.com

8 Kings Highway West, Suite B
Haddonfield, NJ 08033
856.470.9777