WILLIAMS CEDAR LLC
TRIAL LAWYERS

Samuel Abloeser‡
David M. Cedar‡†*
Beth G. Cole‡
Shauna Friedman‡†∂
Ari Goldberger‡†
Kevin Haverty‡†*
Christopher Markos‡†
Alan H. Sklarsky†
Gerald J. Williams‡†∂

‡Member, Pennsylvania Bar
†Member, New Jersey Bar
∂Member, New York Bar

April 9, 2026

**VIA ECF**
Hon. Karoline Mehalchik, U.S.M.J
William J. Nealon Federal Bldg. & U.S. Courthouse
235 N. Washington Avenue
Scranton, PA 18503

Re: Estate of Carter v. Dauphin County, et al. (23-cv-1867)

Your Honor:

I represent Plaintiff in the above-captioned matter.

On March 31, I filed a letter requesting a conference because Plaintiff was still awaiting a release from Dauphin County. That issue is resolved, as Dauphin County has now provided Plaintiff a release – and there was never an issue with PrimeCare providing a release.

Moreover, in consultation with counsel for Dauphin County, I can now represent that Dauphin County concurs in the pending motion for approval of the settlement.

In accordance with the foregoing, Plaintiff respectfully requests the April 16 conference be adjourned.

Very respectfully,

*/s/ CHRISTOPHER MARKOS*
Christopher Markos, Esq.

cc: All Counsel (via ECF)

*Certified by the Supreme Court of New Jersey as a Civil Trial Attorney

One South Broad Street, Suite 1510
Philadelphia, PA 19107
215.557.0099

www.williamscedar.com

8 Kings Highway West, Suite B
Haddonfield, NJ 08033
856.470.9777