**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| Shakiyla Carter, Administrator of the Estate of Richard Carter, Deceased, Plaintiff | : | CIVIL ACTION |
| v. | : | NO. 1:23-cv-1867 |
| Dauphin County d/b/a Dauphin County Prison, et al., Defendants. | : | JURY TRIAL DEMANDED |

**ORDER**

AND NOW, this 30th day of April, 2026, upon consideration of Plaintiff's Motion to Approve the Allocation of the Settlement to the Survival Action, and Defendant's non-opposition, it is hereby ORDERED that the motion is GRANTED. The Court hereby APPROVES the allocation of 10% of the net proceeds of the settlement, after payment of counsel fees and costs, to the survival action.

FOR THE COURT:

Karoline Mehalchick
J.