**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| SHAKIYLA CARTER, Individually and as Personal Representative/Administrator of The Estate of Richard Carter, Deceased, Plaintiff | : | NO.: 1:23-cv-01867-KM-DFB |
| | : | CIVIL ACTION – LAW |
| v. | : | Honorable Karoline Mehalchick<br>Mag. Judge Daryl F. Bloom |
| DAUPHIN COUNTY, PRIMECARE MEDICAL, INC., ELIZABETH NICHOLS, Administratrix of the Estate of Dr. Robert Nichols, and TSAURAYI DEREDZA, Defendants | : | *Electronically Filed*<br><br>JURY TRIAL DEMANDED |

**STIPULATION OF DISMISSAL**
**PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii) WITH PREJUDICE**

The undersigned parties, by and through their respective counsel, hereby agree and stipulate pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) that all claims as asserted against Dauphin County and PrimeCare Medical, Inc. are hereby **DISMISSED WITH PREJUDICE**, without costs and each side bearing their own attorney's fees. Because this stipulation dismisses all currently remaining claims against all currently remaining parties, the entire action may be **DISMISSED WITH PREJUDICE.**

*/s/ Christopher Markos*
Christopher Markos, Esquire
Williams Cedar
1 South Broad Street, Suite 1510
Philadelphia, PA 19107
(215) 557-0099
cmarkos@williamscedar.com
*Attorneys for Plaintiff*

Dated: April 30, 2026

*/s/ John R. Ninosky*
John R. Ninosky, Esquire
Marshall Dennehey, P.C.
200 Corporate Center Drive, Suite 300
Camp Hill, PA 17011
(717) 651-3709
jrninosky@mdwcg.com
*Attorney for PrimeCare Defendants*

Dated: April 30, 2026

*/s/ Andrew W. Norfleet*
Andrew W. Norfleet, Esquire
Jennifer L. Ruth, Esquire
Marshall Dennehey, P.C.
200 Corporate Center Drive, Suite 300
Camp Hill, PA 17011
(717) 651-3529/3523
awnorfleet@mdwcg.com
jlruth@mdwcg.com
*Attorney for Defendants Dauphin County d/b/a Dauphin County Prison and Tsaurayi Deredza*

Dated: April 30, 2026

**CERTIFICATE OF SERVICE**

I, Christopher Markos, certify that the foregoing document was electronically filed via the Court's electronic filing system, where it is available for viewing and download by counsel for defendant.

Dated: ____________

*/s/ Christopher Markos*
Christopher Markos